[Nos. 24986-3-II; 25261-9-II. Division Two. February 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ARMONDO TREMAINE SHELBY, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 98-1-00715-1, Thomas Felnagle, J., entered August 20, and October 27, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 25234-1-II. Division Two. February 9, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. JAVIER RIVERA-GONZALEZ, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00695-7, Stephen M. Warning, J., entered October 22, 1999. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Quinn-Brintnall, J.

[No. 23159-0-II. Division Two. February 9, 2001.]

LORRI CARR, *Appellant*, v. STEVE GAVIN, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-3-00631-8, Roger A. Bennett, J., entered March 24, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.

[Nos. 23815-2-II; 24133-1-II. Division Two. February 9, 2001.]

ALDOREN F. KAUZLARICH, *Appellant*, v. JESSE E. YARBROUGH, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Pierce County, No. 96-2-07395-0, Marywave Van Deren and M. Karlynn Haberly, JJ., entered August 25 and November 4, 1998. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Hunt, J. Now published at 105 Wn. App. 632.